United States District Court
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5
6  ANTOLIN ANDREW MARKS,
7                     Petitioner,              No. C 09-1844 PJH (PR)
8         v.                                   **ORDER OF TRANSFER**
9  ERIC H. HOLDER, et al.,
10                    Respondents.
                                        /
11
12        Petitioner is held in Tacoma, Washington, by the United States Immigration and
13  Customs Enforcement agency.  He seeks a writ of mandamus requiring that he be released
14  or put to death.
15        When jurisdiction is not founded solely on diversity, as here, venue is proper in the
16  district in which (1) any defendant resides, if all of the defendants reside in the same state,
17  (2) the district in which a substantial part of the events or omissions giving rise to the claim
18  occurred, or a substantial part of property that is the subject of the action is situated, or (3)
19  a judicial district in which any defendant may be found, if there is no district in which the
20  action may otherwise be brought.  28 U.S.C. § 1391(b).  The acts complained of occurred
21  in Tacoma, which is in the Western District of Washington.  There appears to be no link to
22  this district.  Venue, therefore, properly lies in that district and not in this one.
23        This case is **TRANSFERRED** to the United States District Court for the Western
24  District of Washington.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not
25  rule upon plaintiff's request for leave to proceed in forma pauperis.
26        **IT IS SO ORDERED.**
27  Dated:  May 15, 2009.         _____
                                        PHYLLIS J. HAMILTON
28                                      United States District Judge

G:\PRO-SE\PJH\OTHER\MARKS1844.TRN.wpd